**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MICHAEL F. JACKSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-1292-O |
| | § | |
| **SOCIAL SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this case is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of court. The Court notes that Plaintiff's claim will likely be time-barred, thus, this case is **dismissed without prejudice** to Plaintiff's right to reopen the case provided that Plaintiff file a motion to reopen along with a motion for summary judgment and brief in support, which complies with the Magistrate Judge's June 4, 2013 Scheduling Order (ECF No. 15), by **October 23, 2013**.

**SO ORDERED** on this **23rd day** of **September, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**